No. 88–1512. FERENS ET UX. *v.* JOHN DEERE CO. C. A. 3d Cir. [Certiorari granted, 490 U. S. 1064.] Motions of Pfizer,

Inc., and Product Liability Advisory Council for leave to file briefs as *amici curiae* granted.